# EXHIBIT B

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [14.P] A security subsystem configurable between a network and a host of an endpoint, the security subsystem comprising computing resources for providing: | Stellar Cyber ("Company") makes, uses, sells and/or offers to sell a security subsystem configurable between a network and a host of an endpoint, the security subsystem comprising computing resources.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides Open XDR for Enterprises ("security subsystem") which includes network detection and response (NDR) that protects cloud, on-premise, OT, and hybrid environments ("configurable between a network and a host of an endpoint") from a single dashboard by detecting and remediating threats across the network. Further, it includes NexGen SIEM, TIP, UEBA, FIM, SOAR, NDR, and IDS ("computing resources") that provide security capabilities to protect IT and OT environments.<br><br><br><br>Source: https://stellarcyber.ai/product/sc-enterprises/ (annotated) |

Stellar Cyber **Open XDR Platform** enables your lean **Enterprise** security team to effectively protect your cloud, on-prem, OT, and hybrid environments, all from a single dashboard.

**Common Enterprise Use Cases**


**Replace Your SIEM**
Get the SIEM capabilities you need without any of the complexity.
Learn More >>


**Complement Your SIEM**
If you love your SIEM but want better threat detection, Stellar Cyber can help.
Learn More >>


**Deploy NDR**
Detect and remediate threats across your network with Stellar Cyber.
Learn More >>


**Bring your Own EDR**
Turn any EDR into an XDR automatically.
Learn More >>

Source: https://stellarcyber.ai/product/sc-enterprises/

**Stellar Cyber Open XDR** includes NexGen-SIEM, TIP, UEBA, FIM, IDS, NDR, SOAR, and more under a single license, delivering all the critical security capabilities required to protect IT and OT environments.

Source: https://stellarcyber.ai/wp-content/uploads/2023/08/08-23_OpenXDR-Datasheet.pdf, Page 1



Source: https://stellarcyber.ai/product/sc-enterprises/

Source: https://stellarcyber.ai/product/sc-enterprises/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

4

| | |
|---|---|
| [14.1] an open platform for receiving and executing security function software modules from multiple vendors for providing defense functions for protection of the host. | Company provides an open platform for receiving and executing security function software modules from multiple vendors for providing defense functions for protection of the host.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company's Open XDR Platform ("open platform") integrates with third-party services ("multiple vendors") such as Acronis Cyber Protect Cloud, AWS GuardDuty, Bitdefender, and CrowdStrike Falcon to receive third-party native alerts and security events ("receiving and executing security function software modules") and create Company's alerts by applying ML/SA engines, direct mapping, and combining both the alerts, for providing security to the IT and OT environments.<br><br>Stellar Cyber Open XDR Platform enables your lean Enterprise security team to effectively protect your cloud, on-prem, OT, and hybrid environments, all from a single dashboard.<br><br>'<br><br>Source: https://stellarcyber.ai/product/sc-enterprises/<br><br>**Integration of Third Party Native Alerts**<br><br>Stellar Cyber's built-in alerts are created from data pathways that leverage raw data collected from all forms of data sources, including third party services and Stellar Cyber's sensors. You can choose to allow Stellar Cyber's Machine Learning (ML) and Statistical Analysis (SA) to generate alerts based on raw data ingested from third party services. For certain services, you can additionally choose to ingest and integrate alerts that are natively created in *those* services.<br><br>This topic summarizes which third party services and products Stellar Cyber supports for native alert integration and how those alerts are mapped in Stellar Cyber.<br><br>Source: https://docs.stellarcyber.ai/prod-docs/4.3.x/Using/Alerts/Alert-Third-Party-Integration.htm |

5



Source: https://docs.stellarcyber.ai/prod-docs/4.3.x/Using/Alerts/Alert-Third-Party-Integration.htm

Source: https://docs.stellarcyber.ai/prod-docs/4.3.x/Using/Alerts/Alert-Third-Party-Integration.htm (annotated)

6



Source: https://docs.stellarcyber.ai/prod-docs/4.3.x/Using/Alerts/Alert-Third-Party-Integration.htm



Source: https://docs.stellarcyber.ai/prod-docs/4.3.x/Using/Alerts/Alert-Third-Party-Integration.htm

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.